PETER M. ANGULO, ESQ.
Nevada Bar #003672
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LON WRIGHT, SR., )
                ) CASE NO. 2:13-CV-1203-JAD-VCF
    Plaintiffs, )
                )
vs. )
                )
DAVERN, MCLEOD & MOSHER, LLP; )
and Does 1-10, inclusive, )
                )
    Defendants. )

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed with prejudice; that no trial setting

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

or scheduling order is on file herein; and, that each party is to bear their own costs and attorneys' fees.

DATED this 21 day of February, 2014.

| OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI | HAINES & KRIEGER, LLC |
|---|---|
| By   Peter M. Angulo<br>PETER M. ANGULO, ESQ.<br>9950 W. Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorneys for Defendants | By   George Haines<br>GEORGE HAINES, ESQ.<br>8985 S. Eastern Avenue, St. 130<br>Las Vegas, Nevada 89123<br>Attorney for Plaintiff |

## ORDER

**IT IS HEREBY ORDERED** that his action is DISMISSED with prejudice, each party to bear its owns fees and costs.

Dated: February 25, 2014.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

By   Peter M. Angulo
PETER M. ANGULO, ESQ.
9950 W. Cheyenne Avenue
Las Vegas. Nevada 89129
Attorneys for Defendants